**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BENJAMIN WRIGHT, | : | No. 101 WM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of February, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, are **GRANTED**. The Court of Common Pleas of Allegheny County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

      The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Allegheny County.

      Justice Eakin did not participate in the consideration or decision of this matter.